# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO.3) LIMITED, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 24-657 (MSG) ) |
| v. | ) ) |
| HETERO USA, INC., HETERO LABS LIMITED UNIT-V, and HETERO LABS LIMITED, | ) ) ) ) |
| Defendants. | ) |

## ORDER

**AND NOW**, this 18th day of October, 2024, upon consideration of the parties' (Third) Joint Stipulation for Extension of Time to Answer Plaintiff's Complaint, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and Defendants' are to respond by **November 20, 2024**. No further extension requests will be granted absent exigent circumstances.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**